

# NUMBER 13-22-00296-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

OBDULIA BELTRAN BEZERA RIOS,                                    Appellant,

v.

ROGELIO HINOJOSA RIOS,                                          Appellee.

### On appeal from the County Court at Law No. 7
### of Hidalgo County, Texas.

## MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Longoria and Silva
### Memorandum Opinion by Justice Silva

This cause is before the Court on its own motion. On October 24, 2022, appellant filed a brief that was not in compliance with the Texas Rules of Appellate Procedure. On October 25, 2022, the Clerk of the Court notified appellant the brief did not comply with Texas Rule of Appellate Procedure 9.4(h), (i), and (j); 9.5(d) and (e); and 38.1(a), (b), (c), (g), (h), (i), and (k). *See* TEX. R. APP. P. 9.4, 9.5, 38.1. Appellant was directed to file an

amended brief in compliance with the Texas Rules of Appellate Procedure within ten days of the date of the notice. *Id.*

On November 9, 2022, the Clerk of the Court sent appellant a second notice of the defects and informed appellant that if the defects were not cured within ten days, the appeal shall be dismissed. *Id.* Appellant has failed to file a compliant brief and has not otherwise responded to the Clerk's notices.

Accordingly, this appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

CLARISSA SILVA
Justice

Delivered and filed on the
19th day of January, 2023.